AO 241 (Rev. 09/17)

5:23-W-383-WWB-PRL

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: JACKSONVILLE |
|---|---|
| Name (under which you were convicted): JEROME HEAVEN JR | Docket or Case No.: NO PAPERWORK |
| Place of Confinement: MARION COUNTY JAIL | Prisoner No.: JAIL Clerk ISSUED 0039676 |
| Petitioner (include the name under which you were convicted) JEROME HEAVEN JR | v. Respondent (authorized person having custody of petitioner) |
| The Attorney General of the State of: FLORIDA | |

**PETITION**

FILED 2023 JUN 20 AM 11:5 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   5th Judicial MARION COUNTY, ~~Courthouse~~
   CIRCUIT COURTHOUSE
   110 NW 1st AVE
   OCALA FL 34475

   (b) Criminal docket or case number (if you know): I WASN'T GIVEN NO PAPERWORK

2. (a) Date of the judgment of conviction (if you know): 3/17/2023

   (b) Date of sentencing: 3/17/2023

3. Length of sentence: 11/29  364 AND $1000 Fine (4 Sentences) $50
   COURT COURT FOR JAIL?                                            PER DAY

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: failure to appear
   Possesion of less than 20 grams marijuana
   
   _____
   _____
   _____
   _____

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty         ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty             ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? REALLY I PLEAD GUILTY BECAUSE I KNEW THE ENTIRE ISSUE WAS WRONG AND NO ONE DID THEIR HOMEWORK I ASK FOR APPEAL

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☑ Judge only  1ST APPEARANCE

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: 1ST APPEARANCE 5th JUDICIAL MARION COUNTY
(b) Docket or case number (if you know): NO PAPERS GIVEN TOLD TO WRITE COURTS
(c) Result: WENT FROM APPEAL TO MEDEGATION OF SENTENCE
(d) Date of result (if you know): OS 6-10-2023 WAIT FOR MOTION
(e) Citation to the case (if you know): ___
(f) Grounds raised: I WAS TOLD ILLEGAL SENTENCE BY ZACKERY FRYE THEN WHEN I AGREED ON TERM 11/29 WHICH IS A leap year and $1000 fINE AND 50 DAY TO BE IN JAIL HE SAID THE JUDGE CAN DO IT, I ASKED HIM TO RAISE THE FACT THAT OFFICER MICAH SMITH FILED A FALSE REPORT HE SAID HE WAS DRIVING AND GOT OUT OF THE BACK OF THE TRUCK WHICH CHANGES THE ENTIRE NATURE OF WHAT HE SAW AND HOW NO IDLE TEST HE ISNT AN EXPERT TO EYE GRAMS OR IF IT REAL, NO EXACT QUANTITY NO MIRANDA, ARRESTED 5 min AFTER OCALA POLICE DEPARTMENT RAN MY NAME NO WARRIANT FOR BENCH WARRIANT AT THE COURTHOUSE BY PEOPLE CARRYING GUNS WITHOUT A PROTECTION VEST MY GUESS CO.

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: N/A
(2) Docket or case number (if you know): N/A
(3) Result: N/A

AO 241 (Rev. 09/17)

    (4) Date of result (if you know):   N/A

    (5) Citation to the case (if you know): 

    (6) Grounds raised:

   (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know):   N/A

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No

11.  If your answer to Question 10 was "Yes," give the following information:

  (a)   (1) Name of court:   N/A

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☑ No

    (7) Result:   N/A

AO 241 (Rev. 09/17)

  (8) Date of result (if you know): N/A

 (b) If you filed any second petition, application, or motion, give the same information:

  (1) Name of court:

  (2) Docket or case number (if you know):

  (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:

N/A

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes   ☒ No

  (7) Result: N/A

  (8) Date of result (if you know): N/A

 (c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: N/A

  (2) Docket or case number (if you know): N/A

  (3) Date of filing (if you know): N/A

  (4) Nature of the proceeding: N/A

  (5) Grounds raised:

N/A

AO 241 (Rev. 09/17)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☑ No

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:   ☐ Yes   ☑ No

    (2) Second petition:   ☐ Yes   ☑ No

    (3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ N/A _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION**: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE**: 11/29 not legal for county sentence 366 days 1yr 365 day except Leap year 364 ANOTHER SENTENCE A $1000 Fine FALSE REPORT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

To my Knowledge a misdemeanor carries 1yr maxium Jail Time AND $1000 fine I knew that its either or my Sister Husband Had either or AND went to prison She paid the fine and He was released OFFICER NOT DRIVING CHANGES THE NATURE OF HOW HE could see from the back passenger seat AND WHAT HE SAW

(b) If you did not exhaust your state remedies on Ground One, explain why: MEDIGATION OF SENTENCE ONLY ABLE TO TALK TO ATT ZACKERY FRYE HE SAID LET HIM TALK AT MEDIGATION OF SENTENCE

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: APPEAL ATT RECIEVED A MESSAGE FROM ME THAT APPEAL OPEN CASE AND THOSE GROUND I PREVIOUSLY SPOKE ABOUT AND SAID NO APPEAL MEDEGATION MOTION AND BE QUIET

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** NO MIRANA, FAISE ARREST, FAISE IMPRISONMENT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NEVER MIRANDA SINCE 1993 to Current Sentence Body Camera, Court House Camera I ASKED WAS I under Arrest After being told I had a Bench WARRANT 5min prior to coming to the Courthouse Trespass warning by OPD NO WARRANT Summon less 20 grams No Miranda Rule Detained NO FDLE LAB REPORT NO Field test name NO QUANTITY, FAISERED

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**   TO ATT NOT COURT

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   MENIGATION of O Sentence

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):   N/A

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision: _____ X/1/19 _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____ N/A _____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

_____ N/A _____

**GROUND THREE:** _____ N/A _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ N/A _____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

N/A

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

N/A

Page 10 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: N/A

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

N/A

Page 12 of 16

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: __MEDIGATION OF SENTENCE MOTION__

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None__

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.  __N/A__

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.  __N/A__

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:

N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
   ❏ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: JUDGE COTTON 110 NW 1St AVE / PO BOX 1030 OCALA FL 34475

(b) At arraignment and plea: N/A

(c) At trial: N/A

(d) At sentencing: JUDGE COTTON 1ST APPEARANCE

(e) On appeal: ZACKERY FRYE 204 NW 3rd AVE OCALA FL 34475

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☑ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

N/A

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: OVER TURN DECISION OF STATE COURT 5th JUDICIAL MARION COUNTY CIRCUIT OF OCALA FLORIDA

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on 6-12-2023 (date).

Jerome Heaven Jr
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Page 16 of 16

AO 241 (Rev. 09/17)

N/A

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:
- FOOD SERVICES ☐
- LAW LIBRARY ☐
- PROGRAMS ☐
- PROPERTY ☐
- CHAPLAIN ☐
- CANTEEN/INMATE ACCOUNTS ☑
- CLASSIFICATIONS ☐
- PUBLIC DEFENDER ☐
- DISCIPLINARY REPORT APPEALS ☐
- OTHER ☐

FROM (PLEASE PRINT): JEROME HEAVEN JR
(Inmate Name)

Pin Number: 0039676

Date: 6-12-2023

Pod/Section/Cell #: A A 207

Received from inmate by Officer Signature and ID #: 5767 Sign Original Reciept Headed to Tampa

Date/Time: 6-12-2023

REQUEST/COMPLAINT: DOCUMENTATION TO ZACKERY ARTE SEE WAY AT TOP BELOW IS 11 months 29 DAYS Legal But every 4 Years leap year 3/04/2023 isn't leap year as of 6-12-2023 I HAVE BEEN AN ILLEGAL Sentence for 86 days (1yr AND A DAY) 365 NOT 366 366 days 11/28 365 then it say 11/29 364 AND 1000 fine Jacksonville United State District Court FEDERAL SENT ME A RELIEF OF CONVICTION 28 USC 2254 FOR WRIT OF HABEAS CORPUS

RESPONSE: TOTAL OF 3 SENTENCES 11/29, 364, AND 1000 fine PLUS 50 PER TO BE IN JAIL WOW IM HOMELESS AND POOR $18000 for misdemeanor STATE DONT GIVE MONEY FOR INMATES PLUS $3 A DAY FOR FOOD JESUS CHRIST ZACKERY FREE APPEAL ATT HAS INFO IN COMPUTER I SENT HIM MEDEGATION OF SENTENCE INSTEAD OF APPEAL

(Response to inmate by Officer Signature and ID #) (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

Address                              Court

plaintiff
v
defendant                Elizabethe M
                         Warren Clerk                    352 369 4860
                         Lisa Fannin                     www.find us court.
Summons                  Division Manager                gov
Civil action No
                                              M. IOVINO Deputy
                                                         clerk

To the above name defendant you are here by summons and required to serve upon plaintiff whom address (mine) and answer the complaint which is here with served upon you within 20 days after Service of this Summons upon (my name) exclusive of the day of service or 60 day if the U.S. Goverment or officer agent thereof is defendant if you fail to do so judgement by default will be taken against you for relief demend on the Complaint

( Clerk )
( Court )

                                    MED CITATION
                                    SHOWN CAMERA
              Date                  3:41 PM 4/23/23

                                    MED CITATION
                                    DEPARTED MAIL
                                    MCCLURE SAVAGE
                                    4/23/23



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

TO:
- [ ] FOOD SERVICES
- [ ] LAW LIBRARY
- [ ] PROGRAMS
- [ ] PROPERTY
- [ ] CHAPLAIN
- [ ] CANTEEN/INMATE ACCOUNTS
- [ ] CLASSIFICATIONS
- [x] PUBLIC DEFENDER
- [ ] DISCIPLINARY REPORT APPEALS
- [ ] OTHER

FROM (PLEASE PRINT):
HEAVEN JEROME JR     0039676
(Inmate Name)        (Pin Number)

June-four Two Thousand 23     A H 2??
(Date)                        (Pod/Section/Cell #)

Wylin 6421                    6/4/2023  23:15
(Received from inmate by Officer Signature and ID #)   (Date/Time)

REQUEST/COMPLAINT: DOCUMENTATION BETWEEN JEROME HEAVEN JR AND ATT ZACKERY FRYE - LOTTERY APPEAL IS ILLEGAL SENTENCE 11/29 U G AND $1000 FINE I AGREED YOU SAID THE JUDGE CAN DO IT WELL IS IT $0 PER DAY BEING IN JAIL PER CASES ON PAST CASE LIBRARY OF LAW APPEAL OPENS THE CASE YOU SAID THE REPORT CAN BE FALSE AND I TOLD YOU HE WAS NOT DRIVING THE SGT WAS DETECTIVE GOT OUT OF THE PASSENGER SEAT I TOLD YOU that THERE IS NO EXACT QUANTITY MICAH SMITH IS NOT AN EXPERT NOR IS HE ABLE TO WRITE reports NO FDLE EXPERT IN DISCOVERY NO MIRANDA PER BODY CAMERA DETECTIVES WEARING NO FEILD TEST HE JUST PUT IT IN A BAG. THERE SHOULD NOT BE AN ARREST FIRST TIME ON SUMMONS WAS VERBAL DETAINED. NO CUFFS RAISE THESE FACTS PLEASE MR FRYE

RESPONSE:
_____
_____
_____
_____
_____

(Response to inmate by Officer Signature and ID #)   (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10